■ DAVIDSON ALUMINUM & METAL CORP. et al., Respondents, v ROBERT PEARL, Doing Business as PEARL COLLISION, Appellant. [628 NYS2d 539] —Appeal by the defendant from an order of the Supreme Court, Nassau County (Roncallo, J.), dated April 17, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Roncallo at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.